IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LAURINCE O'SHEIGH SIMPSON,<br><br>        Plaintiff. | No. C 13-03348 EJD (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE COMPLAINT AND *IN FORMA PAUPERIS* APPLICATION |

On July 18, 2013, Plaintiff filed a letter which initiated these proceedings pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint and they needed to be filed within twenty-eight days or else the case would be dismissed. (Docket. No. 2 & 3.) To date, Plaintiff has not filed a proper complaint or IFP application.[1]

The Court construes Plaintiff's recent filing as an intent to proceed and sua sponte GRANTS him an extension of time to file a proper complaint and IFP application. Plaintiff shall submit the required documents **within twenty-eight (28) days** of the date this order is filed. **Failure to file respond in accordance with this court order in the time provided will result in the dismissal without prejudice of this action without further notice to Plaintiff.**

DATED: 9/5/2013

EDWARD J. DAVILA
United States District Judge

---

[1] Plaintiff was notified that his case was assigned to a magistrate. (Docket Nos. 4 & 5) On August 21, 2013, Plaintiff filed a declination of magistrate jurisdiction. (Docket No. 6.) The matter was reassigned to this Court on August 28, 2013. (Docket No. 8.)

Order Granting Ext. of Time to File Complaint and IFP Application
G:\PRO-SE\EJD\CR.13\03348Simpson_eot-comp-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE LAURINCE O'SHEIGH SIMPSON,     Case Number CV 13-03348 EJD (PR)

           Plaintiff.

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____9/6/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

Laurince O'Sheigh Simpson
E08430
Correctional Training Facility-North State Prison
P.O. Box 705
Soledad, CA 93960-0705

DATED: _____9/6/2013_____
                              Richard W. Wieking, Clerk
                            /s/By: Elizabeth Garcia, Deputy Clerk