IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE LAURINCE SIMPSON, | ) | No. C 13-03348 EJD (PR) |
| Plaintiff. | ) ) | ORDER OF DISMISSAL |
| | ) ) ) ) ) | |

On June 24, 2013, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983.[1] On the same day, the Clerk sent Plaintiff two separate notices informing him that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint, and they needed to be filed within twenty-eight days or else the case would be dismissed. (Docket Nos. 2 & 3.) On September 20, 2013, Plaintiff filed an IFP application. (Docket NO. 11), but has yet to file a proper complaint. Accordingly, Plaintiff's case is DISMISSED.

The Clerk shall terminate any pending motions and close the file.

DATED: 10/16/2013

EDWARD J. DAVILA
United States District Judge

---

[1]The matter was reassigned to this Court on August 28, 2013. (See Docket No. 8.)

Order of Dismissal
G:\PRO-SE\EJD\CR.13\03348Simpson_dism(no-compl).wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE LAURINCE SIMPSON,

    Plaintiff.

Case Number: CV13-03348 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____10/17/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Laurince O'Sheigh Simpson E08430
Correctional Training Facility-North State Prison
P.O. Box 705
Soledad, CA 93960-0705

Dated: _____10/17/2013_____

                        Richard W. Wieking, Clerk
                        /s/By: Elizabeth Garcia, Deputy Clerk