FILED

NOV 0 5 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LAURINCE O'SHEIGH SIMPSON, <br><br> Plaintiff. | No. C 13-03348 EJD (PR) <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE COMPLAINT TO REOPEN THIS ACTION |

On October 17, 2013, the Court dismissed the instant civil rights action without prejudice for Plaintiff's failure to file a complaint, and a judgment of dismissal without prejudice was entered. (Docket Nos. 12 & 13.)

It has recently come to the Court's attention that Plaintiff filed a letter stating "Extenuating Circumstance affecting Filing-Deadline Compliance." (Docket No. 15.) Plaintiff asserts that the suspension of normal program activity, including access to the prison's law library, adversely impacted his ability to file a timely complaint. (Id.)

In the interest of justice, the Court will provide Plaintiff an opportunity to move to reopen this action **within twenty-eight (28) days** from the date this order is filed. In that time, Plaintiff must file a proper complaint using the court's form complaint and a motion to reopen this action. If Plaintiff fails to do so in the time provided, this action shall remain closed.

1  The Clerk shall enclose two copies of the court's form complaint with a copy of
2  this order to Plaintiff.

3

4  DATED: 11/4/13

   _____
   EDWARD J. DAVILA
5  United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LAURINE O'SHEIGH SIMPSON,<br><br>Plaintiff.<br><br>_____/ | Case Number: CV13-03348 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __11/05/13__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Laurince O'Sheigh Simpson E08430
Correctional Training Facility-North State Prison
P.O. Box 705
Soledad, CA 93960-0705

Dated: __11/05/13__

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk