THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURINCE O'SHEIGH SIMPSON, <br><br> Plaintiff, <br><br> v. <br><br> D. CALDWELL, et al., <br><br> Defendants. | No. C 13-03348 EJD (PR) <br><br> ORDER DIRECTING PLAINTIFF TO SHOW CONTINUED INTENT TO PROSECUTE THIS ACTION AND TO PROVIDE COURT WITH CURRENT ADDRESS |

    Plaintiff filed a letter on July 18, 2013, which initiated this civil rights action under 42 U.S.C. § 1983. The action was dismissed on October 17, 2013, due to Plaintiff's failure to file a proper complaint in the time provided. In the interest of justice, the Court granted Plaintiff an opportunity to have the matter reopened upon filing of a proper complaint. Plaintiff's last communication with the Court was on December 6, 2013, when he filed a complaint seeking an "emergency" preliminary injunction prohibiting prison officials at the Correctional Training Facility in Soledad from transferring Plaintiff to another facility. (Docket No. 17.) If Plaintiff has since been transferred, he may no longer wish to pursue this matter.

    Plaintiff has not communicated with the Court for approximately six months. Proceeding forward by requiring Defendants to file an Answer or dispositive motion is

fruitless if Plaintiff cannot be located by the Court. In the interests of justice and judicial efficiency, the Court will not consider reopening this action until Plaintiff informs the Court of his continued intent to prosecute this action.

Accordingly, no later than **twenty (20) days** of the date of this Order, Plaintiff shall file with the Court a notice of his current address and his continued intent to prosecute. Failure to do so will result in this matter remaining closed, and no further motions to reopen the matter will be considered.

DATED: 8/20/2014

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAURINCE O'SHEIGH SIMPSON,

        Plaintiff,

  v.

D. CALDWELL, et al.,

        Defendants.

Case Number: CV13-03348 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   8/21/2014  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Laurince O'Sheigh Simpson E08430
Correctional Training Facility-North State Prison
P.O. Box 705
Soledad, CA 93960-0705

Dated:   8/21/2014

        Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk